UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:  Chapter 7
    GERARD KENT

Case No. 11-37228 (cgm)

Debtor(s).
-----------------------------------------------------------x

# LOSS-MITIGATION REQUEST – BY THE DEBTOR

I am a Debtor in this case. I hereby request loss mitigation with respect to *[Identify the property, loan and creditor(s) for which you are requesting loss mitigation]*:

First Mortgage in the amount of $118,001.00 encumbering the debtor's primary resdience , at

157 West Main Street, Middletown, New York held by Nationstar Account Number ending in

9834.

**SIGNATURE**

I understand that if the Court orders loss mitigation in this case, I will be expected to comply with the Loss Mitigation Procedures. I agree to comply with the Loss Mitigation Procedures, and I will participate in loss mitigation in good faith. I understand that loss mitigation is voluntary for all parties, and that I am not required to enter into any agreement or settlement with any other party as part of this loss mitigation. I also understand that no other party is required to enter into any agreement or settlement with me. I understand that **I am not required to request dismissal of this case** as part of any resolution or settlement that is offered or agreed to during the loss mitigation period.

Sign: /S/  Date: October 5, 2011

Print Name:  GERARD KENT

Telephone Number:  (845) 358-7199

E-mail address (if any):  robert.lewlaw1@gmail.com