LAW OFFICES
# ROBERT S. LEWIS, P.C.
ATTORNEY AND COUNSELLOR AT LAW
53 BURD STREET
NYACK, NEW YORK 10960

(845) 358-7100
FAX (845) 353-6943
e-mail: robert.lewlaw1@gmail.com

December 12, 2011

Clerk
United States Bankruptcy Court
Southern District of New York
355 Main Street
Poughkeepsie, New York 12601

RE: *In re Gerard Kent*
    Case No. 11-37228-cgm

Dear Clerk:

I write to confirm that the Loss Mitigation Status Conference scheduled on December 13, 2011 in the above matter has been adjourned because of the failure of the creditor to respond to the request to January 17, 2011 at 10:00 a.m. The online docket will be updated to reflect this change.

Very truly yours,

NICOLE L. PERSKIE

NLP/nlp

C:    ECF