UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | : | Case No. 11-37228 (CGM) |
| GERARD KENT, | : | Chapter 7 |
| Debtor(s) | : |  |

## LOSS MITIGATION FINAL REPORT

**Name of Lender**: Nationstar

**Property Address**: 157 West Main Street, New York 10940

**Last Four Digits of Account Number of Loan**: 9834

**File Date of Request for Loss Mitigation**: 10/05/2011

**Date of Entry of Order Granting Loss Mitigation**: 10/25/2011

**Date of Entry of Order Approving Settlement (*if any*)**: **PENDING**

**Other Requests for Loss Mitigation in this Case**: **NO**

　　The use of the Court's Loss Mitigation Procedures has resulted in the following (please check appropriate box below):

## Loan modification

　　The filing of this *Loss Mitigation Final Report* terminates the loss mitigation procedures with respect to the loan identified above by the last four digits of the account number.

**Dated**: April 8, 2013

**Signature**: _____/s/_____
　　　　　　SAMANTHA R. WEISMAN