UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
In re:                                              CHAPTER 7

**GERARD KENT**                                     CASE NO. 11-37228(cgm)

                       Debtors.
--------------------------------------------------------X

## ORDER APPROVING LOAN MODIFICATION AGREEMENT

The debtors, Gerard Kent, having moved this Court pursuant to 9019 for an Order approving a permanent Loan Modification Agreement contingent upon the debtors' payment of the trial modification agreement for December 2012, January 2013, and February 2013 modifying the mortgage held by Nationstar against the debtor's residence, and all creditors, the Chapter 7 trustee and all parties who have filed a Notice of Appearance in the case having been given proper notice, and no objections having been filed, and it appearing that said loan modification is proper and in the best interest of the debtor and the estate,

NOW, on application of the debtor(s), it is hereby

ORDERED, that the debtor(s), are authorized to enter into the Loan Modification Agreement that will lower the debtor's payments to approximately the same amount as the trial modification payments for the remainder of the loan.

**Dated: July 31, 2013**                                                                 **/s/ Cecelia G. Morris**
**Poughkeepsie, New York**                                              _____
                                                                              **Chief U.S. Bankruptcy Judge**